IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02166-AP

ROSA REYNOSO, for her son E.P., a minor child,

Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

Defendant.

_____

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

_____

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:

ANN J. ATKINSON
Attorney for Plaintiff
7960 South Ireland Way
Aurora, CO 80016
Telephone (303)680-1881
Facsimile (303)680-7891
E-mail: atkinsonaj@aol.com

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303)454-0184
Facsimile: (303)454-0400
Kevin.Traskos@usdoj.gov

For Defendant:

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

**A.  Date Complaint Was Filed:** October 15, 2007
**B.  Date Complaint Was Served on U.S. Attorney's Office:** October 24, 2007
**C. Date Answer and Administrative Record Were Filed:** December 26, 2007 (Answer) and December 27, 2007 (Administrative Record)

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The Administrative Record appears to be complete and accurate.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

There are no unusual claims or defenses in this case.

**7.  OTHER MATTERS**

There are no other matters.

**8.  BRIEFING SCHEDULE**

**A.  Plaintiff's Opening Brief Due:** February 25, 2008
**B.  Defendant's Response Brief Due:** March 26, 2008
**C.  Plaintiffs Reply Brief (If Any) Due:** April 9, 2008

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiff's Statement:**
    Plaintiff does not request oral argument.

**B. Defendant's Statement:**
    Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.    ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.    (**X**) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

    DATED this 9th day of January, 2008.

                    BY THE COURT:

                    *S/John L. Kane*
                    U.S. DISTRICT COURT JUDGE

APPROVED:

<table>
<tr><td>For Plaintiff:</td><td>For Defendant:</td></tr>
</table>

For Plaintiff:

s/ Ann. J. Atkinson
ANN J. ATKINSON
Attorney for Plaintiff
7960 South Ireland Way
Aurora, CO 80016
Telephone (303)680-1881
Facsimile (303)680-7891
E-mail: atkinsonaj@aol.com

For Defendant:

TROY A. EID
United States Attorney

s/ Kevin T. Traskos
KEVIN T. TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303)454-0184
Facsimile: (303)454-0400
Kevin.Traskos@usdoj.gov

Attorneys for Defendant

Of counsel:
Alexess Rea
Assistant Regional Counsel
Social Security Administration