IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02166-RPM

ROSA REYNOSO on behalf of
E.P., minor child,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

## ORDER DENYING MOTION FOR AMENDED JUDGMENT
_____

On March 31, 2009, the plaintiff filed a pleading designated Plaintiff's Unopposed Motion for Amended Judgment Pursuant to F.R.C.P. 59(e). The basis for the motion is the assertion that in this Court's Order Affirming Decision, entered March 25, 2009, the Court did not rule on the argument that the ALJ committed error in failing to call a speech-language pathologist. That is not a separate claim for relief but simply an allegation which need not be addressed in the judgment. The Court considered that argument and found it to be without merit. Accordingly, it is

    ORDERED that the motion for amended judgment is denied.

    DATED: April 1, 2009

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior District Judge